UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LANCE RAIKOGLO,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>U.S. GOVERNMENT, et al.,<br><br>　　　　　　　　Defendant. | Case No. 3:24-cv-5494-JLR<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

　　　　Because plaintiff does not appear to have funds available to afford the $405.00 filing fee, plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore. Plaintiff's IFP application is GRANTED. However, based on the allegations in the complaint, it does not appear plaintiff has adequately stated a claim. Therefore, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B).

Dated this 5th day of July, 2024.

　　　　　　　　　　　　　　　　　　　　*Theresa L. Fricke*
　　　　　　　　　　　　　　　　　　　　Theresa L. Fricke
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge