UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCE C. RAIKOGLO,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                    Defendants. | CASE NO. C24-5494JLR<br><br>ORDER |

On July 30, 2024, the court dismissed *pro se* Plaintiff Lance C. Raikoglo's complaint without prejudice and with leave to amend. (7/30/24 Order (Dkt. # 7).) The court warned Mr. Raikoglo that his failure to timely file an amended complaint that remedies the deficiencies discussed in the July 30 order would result in the dismissal of his claims without leave to amend. (*Id.* at 4.) Mr. Raikoglo's deadline to file an amended complaint was August 16, 2024 (*id.*), but he has not filed an amended complaint

//

ORDER - 1

1 | or a request for an extension of time (*see generally* Dkt.).  The court therefore
2 | DISMISSES Mr. Raikoglo's claims, and this action, without prejudice.
3 |     Dated this 19th day of August, 2024.

                                                 *[signature]*
                                      JAMES L. ROBART
                                      United States District Judge

ORDER - 2